■ In the Matter of MISTY S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 2.) [955 NYS2d 902]

Same memorandum as in *Matter of Gena S. (Karen M.)* (101 AD3d 1593 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of SHAUNDRA D., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 3.) [955 NYS2d 902]

Same memorandum as in *Matter of Gena S. (Karen M.)* (101 AD3d 1593 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of GENA S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. JACQUELINE M. GRASSO, Esq., Attorney for the Child, Appellant. (Appeal No. 4.) [955 NYS2d 781]

Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of MISTY S., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 5.) [955 NYS2d 781]

Same memorandum as in *Matter of Gena S. (Karen M.)* (101 AD3d 1593 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ In the Matter of SHAUNDRA D., an Infant. GENESEE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; KAREN M., Appellant. (Appeal No. 6.) [955 NYS2d 782]

Same memorandum as in *Matter of Gena S. (Karen M.)* (101 AD3d 1593 [2012]). Present—Fahey, J.P., Peradotto, Carni, Whalen and Martoche, JJ.

■ STEPHEN ALIKES et al., Appellants, v ANDREW GRIFFITH, Doing Business as ANDY GRIFFITH REALTOR, et al., Respondents. [956 NYS2d 354]—

Memorandum: Plaintiffs commenced this action against defendant Shari A. Reals, their former real estate agent, and defendants Andrew Griffith, doing business as Andy Griffith Realtor (Griffith), and Re/Max Properties (Re/Max) seeking damages for, inter alia, defendants' alleged failure to procure a buyer for plaintiffs' residential property. In their second amended complaint, plaintiffs asserted causes of action for breach of contract, negligent hiring and supervision, fraud and breach of fiduciary duty, and they sought, inter alia, compensatory and punitive damages. Defendants moved for summary